# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1886.  DAVID GUTHRIE v. TRIO LEASING, LLC.

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling in that court, defendant David Guthrie appealed to the state court, which issued a writ of possession in October 2018.  Guthrie filed a motion to "vacate and set aside" the state court's judgment, as well as a series of notices of appeal.  In a single order entered in February 2019, the state court denied Guthrie's motion to vacate and granted the plaintiff's motion to dismiss Guthrie's notices of appeal. Guthrie subsequently filed motion to "vacate and set aside" the February 2019 order, which the trial court denied.  Guthrie then filed this direct appeal.  We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Pretermitting whether an application for discretionary review also was required here under § 5-6-35 (a) (8) (under which an appeal from an order denying an OCGA § 9-11-60 (d) motion to set aside must be brought by discretionary application), Guthrie's failure to file an application under

§ 5-6-35 (a) (11) deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Strachan*, 216 Ga. App. at 82.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   05/16/2019*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*